## G & S BUSINESS SERVICES v. FAST FARE, INC.

No. 338P89

Case below: 94 N.C.App. 483

Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 9 November 1989. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.

## IN RE APPLICATION OF RAYNOR

No. 356P89

Case below: 94 N.C.App. 173

Motion by defendant Raynor to dismiss appeal by several plaintiffs for lack of substantial constitutional question allowed 9 November 1989. Petition by several plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.

## McLAUGHLIN v. BARCLAYS AMERICAN CORP.

No. 442P89

Case below: 95 N.C.App. 301

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 9 November 1989.

## McNAULL v. McNAULL

No. 331P89

Case below: 94 N.C.App. 547

Petition by plaintiff and defendant (Jennie McNaull Simms) for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.

## NEW BERN POOL & SUPPLY CO. v. GRAUBART

No. 339A89

Case below: 94 N.C.App. 619

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 9 November 1989.